IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JAMES L. WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 615-137 |
| TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | * | |
| Defendants. | * | |

**O R D E R**

Currently before the Court is the parties' stipulation of dismissal with prejudice of Plaintiff's claims against Defendant Trans Union, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 40.) Upon consideration, the Court **ORDERS** Plaintiff's claims against Trans Union **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **TERMINATE** Trans Union as a party in this matter. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia this 11th day of April, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA