IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES L. WILLIAMS,

    Plaintiff,

v.

                      CV 615-137

TRANS UNION, LLC and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.

**O R D E R**

Currently before the Court is the parties' stipulation of dismissal with prejudice of Plaintiff's claims against Defendant Experian Information Solutions, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 39.) Upon consideration, the Court **ORDERS** Plaintiff's claims against Experian **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia this \_\_\_\_ day of April, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA